IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERWIN L. SEWARD, III ) | |
| ) | Civil Action No. 3:24-cv-250 |
| Plaintiff, ) | District Judge Nora Barry Fischer |
| ) | Magistrate Judge Keith A. Pesto |
| v. ) | |
| ALTOONA POLICE DEPARTMENT, *et al.,* ) | |
| Defendants. ) | |

| | |
|---|---|
| ERWIN L. SEWARD, III ) | |
| ) | Civil Action No. 3:24-cv-305 |
| Plaintiff, ) | District Judge Nora Barry Fischer |
| ) | Magistrate Judge Keith A. Pesto |
| v. ) | |
| ABBIE TATE, WARDEN, ) | |
| BLAIR COUNTY PRISON, *et al.,* ) | |
| Defendants. ) | |

## ORDER OF COURT

AND NOW, this 30th day of January, 2026, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Keith Pesto on October 24, 2025, (Docket Nos. 16 & 3) pertaining to both civil actions captioned above, recommending that after screening Plaintiff Erwin L. Seward, III's Complaints under the Prison Litigation Reform Act, 28 U.S.C. § 1915(e)(2), that the Complaints be dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute, after conducting a detailed analysis of all of the relevant factors under *Poulis v. State Farm Fire & Cas. Co.*, 747 F.2d 863 (3d Cir. 1984), and Plaintiff having filed no objections which were due on November 10, 2025 (Civil Action No. 3:24-250 at Docket No. 16; Civil Action No. 3:24-305 at Docket No. 3), and these cases having been

reassigned to the undersigned for prompt disposition of the matter on January 20, 2026 (Civil Action No. 3:24-305) and January 30, 2026 (Civil Action No. 3:24-250), and upon a review of the record and consideration of the Magistrate Judge's Report and Recommendation pertaining to both civil actions, (Civil Action No. 3:24-250 at Docket No. 16; Civil Action No. 3:24-305 at Docket No. 3), which is ADOPTED as the opinion of this Court,

IT IS ORDERED that Plaintiff's Complaints at Civil Action No. 3:24-250 (Docket No. 4 and Supplements at Docket Nos. 7, 11, & 12) and Civil Action No. 3:24-305 (Docket No. 1-1) are DISMISSED, with prejudice pursuant to Federal Rule of Civil Procedure 41(b) for Plaintiff's failure to prosecute, in light of the facts and circumstances of these cases and the relevant factors under *Poulis* set forth by the Magistrate Judge, which are further buttressed by Plaintiff's failure to file objections to the Report and Recommendation by the date of this Order and/or to update his appropriate address with the Clerk of Court given that the Report and Recommendation filed in both civil actions were returned to the Court on January 21, 2026 and marked "Return to Sender, Refused, Unable to Forward,";

IT IS FURTHER ORDERED that the Clerk of Court shall mark these cases CLOSED; and,

FINALLY, IT IS ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

*s/ Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc: Erwin L. Seward, III
1705830
Blair County Prison
419 Market Square Alley

Hollidaysburg, PA  16648
(via first class mail)